**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

In re: Chaparral Energy et al.

                                     Debtors.

CHAPARRAL ENERGY LLC

                               Appellant,

        v.                        C. A. No. 17-701-GMS

NAYLOR FARMS, INC. and
HARREL'S LLC                   Bankruptcy Case No. 16-11144-LSS

                           Appellees.

## <u>RECOMMENDATION</u>

At Wilmington this **26TH** day of **June, 2017**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel through a letter dated June 23, 2017, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.   The parties requested that the matter be removed from mandatory mediation on the basis that mediation would not be productive.  The parties

advised that efforts were made to resolve their differences, but remain very far apart and there is no adequate middle ground.

The parties further request that the following briefing schedule be entered for the appeal:

| | |
|---|---|
| Opening Brief for Appellant and any party supporting Appellant's appeal | 45 days after entry of order withdrawing the matter from mediation |
| Answering Brief | 45 days after filing and service of opening brief |
| Reply Brief | 21 days after filing and service of answering brief |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation. Since the this Recommendation is consistent with the parties' requests, no objections should be filed.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge