IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: CHAPARRAL ENERGY ET AL., )
_____ )
)
CHAPARRAL ENERGY LLC )
)
) Civ. No. 17-701-GMS
Appellant, ) Bankruptcy Case No. 16-11144 (LSS)
) BAP No. 17-20
v. )
)
NAYLOR FARMS, INC. )
HARREL'S LLC )
)
Appellee. )

# ORDER

At Wilmington this 26th day of June, 2017, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 10);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 10, 2017.**

2. Appellee's brief in opposition to the appeal is due on or before **September 25, 2017.**

3. Appellant's reply brief is due on or before **October 18, 2017.**

_____
United States District Judge